O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER DEMETRIUS FRANK    )  Case No. [CV 09-05202 DDP]
                               )        CR 01-00907 RMT        ✓
              Petitioner,      )
                               )  **ORDER REQUIRING RESPONSE TO**
     v.                        )  **PETITIONER'S MOTION FOR**
                               )  **RECONSIDERATION**
UNITED STATES OF AMERICA       )
                               )
              Respondent.      )
                               )
_____)

     Within twenty days of the date of this order, Respondent shall

file an opposition, or notice of non-opposition, to Petitioner's

"Motion to Reconsider Petitioner's Previous Motion Pursuant to 28 §

U.S.C. 2255" (Dkt. No. 32.)  Respondent's opposition shall address

Petitioner's contention that trial counsel did not possess adequate

information upon which to base a trial strategy.  The opposition

shall not exceed fifteen pages, exclusive of any supporting

declarations.

IT IS SO ORDERED.


Dated:June 12, 2012

                                    DEAN D. PREGERSON
                                    United States District Judge